UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**         CASE NO: 8:25-cr-00425

v.

**CRISTIAN DE JESUS RIVAS FERNANDEZ**
         **Defendant,**

### MOTION TO CONTINUE SENTENCING

**COMES NOW,** the Defendant, **CRISTIAN DE JESUS RIVAS FERNANDEZ**, by and through undersigned counsel, and respectfully moves this Honorable Court to continue the sentencing currently scheduled for February 4, 2026, and in support states as follows:

1. On or about September 2, 2025, the Defendant was one of four defendants charged with distribution and possession of a controlled substance on vessels.

2. On November 25, 2025, the Defendant was the first of the four defendants to tender a guilty plea before this Court.

3. During the week of January 12, 2026, undersigned counsel participated in the trial of State of Florida v. Fairley, Case No. 23-CF-010032-A, a second-degree murder trial that had been in preparation for several months.

4. On or about January 26, 2026, undersigned counsel also participated in a sexual battery trial, Case No.22CF005143CFAXES, State of Florida v. Ramirez-Vasquez, Lester, which likewise required several months of preparation.

5. As a result of the time required to prepare for and participate in these two trials, undersigned counsel has not been able to adequately schedule, prepare for, and participate in a safety valve meeting on behalf of the Defendant.

6. Additional time is therefore necessary to ensure effective representation and to allow the Defendant the opportunity to participate in the safety valve process.

7. The Assistant United States Attorney has no objection to this request.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court continue the sentencing hearing currently set for February 4, 2026, and reschedule it for a later date convenient to the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been Furnished by Electronic Delivery via CM/ECF, Office of the United States Attorney, on this 1st day of February 2026.

**/s/ BRYANT R. CAMARENO**
**BRYANT R. CAMARENO, P.A.**
**Florida Bar No.: 048283**
**607 W. M.L.K. Boulevard**
**Tampa, Florida 33603**
**Tel: (813) 234-4759**
**Bryant@camarenolaw.com**
**Attorney for Defendant**